IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE M. FOURNERAT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD KNIGHT, ESQ., P.C. a ) <br> Colorado Professional Corporation; ) <br> DONALD KNIGHT, ex rel Richard ) <br> Eugene Glossip and THE HONORABLE ) <br> KEVIN STITT, Governor of Oklahoma, ) <br> ) <br> Defendants, ) | No. CIV-20-377-C |

**O R D E R**

On Monday, August 24, 2020, Plaintiff sent an email to the Court and opposing counsel. Attached to that email were two documents that Plaintiff requested be filed on his behalf. Plaintiff's actions are improper. ECF Policies and Procedures Manual, § II(A)(1)(d) states: "E-mailing a document to the Clerk or to the assigned judge shall not constitute filing of the document." The Court does not make a practice of filing documents for parties and will not undertake that task here. To the extent Plaintiff wishes to file the documents sent to the Court he must do so following the procedures outlined in the Federal Rules of Civil Procedure, the Local Rules, and the Court's ECF Policies and Procedures Manual. Plaintiff shall file his documents within seven days of the date of this Order.

IT IS SO ORDERED this 26th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge