IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE M. FOURNERAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-20-377-C |
| ) | |
| DONALD KNIGHT, ESQ., P.C. a ) | |
| Colorado Professional Corporation; ) | |
| DONALD KNIGHT, ex rel Richard ) | |
| Eugene Glossip and THE HONORABLE ) | |
| KEVIN STITT, Governor of Oklahoma, ) | |
| ) | |
| Defendants, ) | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon consideration of the pleadings herein and the Court's accompanying Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that this action be and the same is hereby dismissed with prejudice.

DATED this 10th day of September, 2020.

ROBIN J. CAUTHRON
United States District Judge